IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV667

| | |
|---|---|
| KAREMAH BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| Vs. ) | |
| ) | |
| ELECTROLUX HOME PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Defendant Electrolux Home Products, INC.'s Motion to Dismiss Counts V, VI, and VII of Plaintiff's Complaint (#3) as well as Plaintiff's Consent to Defendant's Motion to Dismiss Counts V, VI and VII of the Complaint (#13). Given that the parties are in apparent agreement over this matter, the court will allow the motions. Defendant Electrolux Home Products, INC.'s Motion to Dismiss Counts V, VI, and VII of Plaintiff's Complaint (#3) and Plaintiff's Consent to Defendant's Motion to Dismiss Counts V, VI and VII of the Complaint (#13) are hereby **GRANTED** and Counts V, VI, and VII of plaintiff's complaint are accordingly dismissed.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge